**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| EMG TECHNOLOGY, LLC, | Case No. 6:14-CV-94-MHS |
| Plaintiff, | LEAD CASE |
| v. | |
| AMICA MUTUAL INSURANCE COMPANY, | |
| Defendant. | |
| EMG TECHNOLOGY, LLC, | Case No. 6:14-cv-491-MHS |
| Plaintiff, | Consolidated Case |
| v. | |
| SAFELITE GROUP, INC. | |
| Defendant. | |
| EMG TECHNOLOGY, LLC, | Case No. 6:14-cv-644-MHS |
| Plaintiff, | Consolidated Case |
| v. | |
| PUBLIX SUPER MARKETS, INC., | |
| Defendant. | |
| EMG TECHNOLOGY, LLC, | Case No. 6:14-cv-646-MHS |
| Plaintiff, | Consolidated Case |
| v. | |
| RITE AID CORPORATION, | |
| Defendant. | |

**DEFENDANTS SAFELITE GROUP, INC. AND TEACHERS INSURANCE
AND ANNUITY ASSOCIATION – COLLEGE RETIREMENT EQUITIES FUND'S
<u>MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT – PAGE 1</u>**

| | |
|---|---|
| EMG TECHNOLOGY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> TEACHERS INSURANCE AND ANNUITY ASSOCIATION – COLLEGE RETIREMENT EQUITIES FUND, <br><br> Defendant. | Case No. 6:14-cv-647-MHS <br><br> Consolidated Case |
| EMG TECHNOLOGY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> TOYS "R" US-DELAWARE, INC., <br><br> Defendant. | Case No. 6:14-cv-648-MHS <br><br> Consolidated Case |
| EMG TECHNOLOGY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> GILT GROUPE HOLDINGS, INC., <br><br> Defendant. | Case No. 6:14-cv-720-MHS <br><br> Consolidated Case |
| EMG TECHNOLOGY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SALLY BEAUTY SUPPLY LLC, <br><br> Defendant. | Case No. 6:14-cv-721-MHS <br><br> Consolidated Case |

**DEFENDANTS SAFELITE GROUP, INC. AND TEACHERS INSURANCE AND ANNUITY ASSOCIATION – COLLEGE RETIREMENT EQUITIES FUND'S <u>MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT</u>**

Defendants Safelite Group, Inc. and Teachers Insurance and Annuity Association – College Retirement Equities Fund[1] hereby join Defendant Amica Mutual Insurance Company's Motion to Dismiss Plaintiff's First Amended Complaint (Dkt. 147) in its entirety and thus move under Federal Rule of Civil Procedure 12(b)(6) to dismiss Plaintiff's First Amended Complaint (Dkt. 116) because Plaintiff's asserted patents claim subject matter that is patent ineligible under 35 U.S.C. § 101 and are invalid.

---

[1] TIAA-CREF is not a separate legal entity, and the acronym TIAA-CREF is a trade name under which various TIAA- and CREF-affiliated entities do business.

Dated: November 6, 2014          Respectfully submitted,

By: */s/ Neil J. McNabnay*
    Neil J. McNabnay
    njm@fr.com
    Texas Bar No. 24002583
    Thomas M. Melsheimer
    txm@fr.com
    Texas Bar No. 13922550
    Chad B. Walker
    cbwalker@fr.com
    Texas Bar No. 24056484
    James Youngkwang Wang
    wang@fr.com
    Texas Bar No. 24084042
    Theresa M. Dawson
    tdawson@fr.com
    Texas Bar No. 24065128

**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)

**COUNSEL FOR DEFENDANTS SAFELITE GROUP, INC. AND TEACHERS INSURANCE AND ANNUITY ASSOCIATION – COLLEGE RETIREMENT EQUITITES FUND**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 6, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Chad B. Walker*

52798179 v1